In the Matter of J. FRED JOHNSON, Respondent, against PATRICK J. BREARTON, as Commissioner of Public Works of the City of Schenectady, et al., Appellants.

(Argued March 14, 1933; decided April 11, 1933.)

*Mathias P. Poersch, Corporation Counsel* (*McDonald King,* of counsel), for appellants.

*George A. Marcus* for respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not voting: HUBBS, J.